JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

UNITED STATES OF AMERICA *ex rel.* PATRICK COLLINS,

Plaintiff,

v.

INSPIRE MEDICAL SYSTEMS, INC.,

Defendant.

Case No. 24-cv-10001-JFW-AS

Hon. John F. Walter
Courtroom 7A, 7th Floor

**FINAL JUDGMENT**

Complaint filed: November 19, 2024
FAC filed: June 26, 2026

Having granted Defendant Inspire Medical Systems, Inc.'s ("Inspire") Motion to Dismiss Plaintiff-Relator's First Amended Complaint (Dkt. 40),

**THE COURT HEREBY ORDERS, ADJUDGES, and DECREES** that:

1. Judgment is hereby entered in favor of Inspire against Plaintiff-Relator Patrick Colins ("Relator") on all of Relator's claims in Relator's First Amended Complaint.

2. Relator's First Amended Complaint (Dkt. 37) in the above-captioned action is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice** in its entirety.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: September 8, 2026

Hon. John F. Walter
United States District Judge